1  KAREN L. UNO  State Bar #117410
2  DAVID P. BOROVSKY  State Bar #216588
   LONG & LEVIT LLP
3  465 California, Suite 500
   San Francisco, CA  94104
4  TEL: (415) 397-2222  FAX: (415) 397-6392

5  Attorneys for Plaintiff
   NATIONWIDE MUTUAL INSURANCE COMPANY
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  NATIONWIDE MUTUAL INSURANCE          CASE No. C04 – 4933 MMC
    COMPANY,
12                                       **STIPULATION TO ALLOW PLAINTIFF**
                                         **NATIONWIDE MUTUAL INSURANCE**
13                    Plaintiff,          **COMPANY TO FILE A FIRST AMENDED**
                                         **COMPLAINT; AND**
14       vs.

15  ALEXANDER HOLTON; JOHN               ~~[PROPOSED]~~ **ORDER**
    WESTOBY, LYNN WESTOBY, MARIE
16  RAPHAEL, RAY RAPHAEL, STATE
    FARM MUTUAL AUTOMOBILE
17  INSURANCE COMPANY and DOES 1-
    50, inclusive,
18
                     Defendants.
19

20

21

22

23       For good cause and upon the stipulation of parties herein, Nationwide seeks leave

24  of Court to file the attached First Amended Complaint which replaces the erroneously

25  named defendant State Farm Mutual Automobile Insurance Company with the correct

26  entity, State Farm General Insurance Company.

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION AND [PROPOSED] ORDER RE:  LEAVE TO FILE FIRST AMENDED COMPLAINT

1

**RECITALS**

2 WHEREAS:

3      On or about August 29, 2003, Alexander Holton was involved in a single-car automobile

4 accident near Fort Bragg, California.  As a result of the accident, both of the passengers in the

5 vehicle driven by Alexander Holton, Jamie Westoby and Nicholas Raphael were killed.

6      Defendant State Farm *Mutual* Automobile Insurance Company ("State Farm Mutual")

7 issued an automobile liability insurance policy to Alexander Holton that was in effect at the time

8 of the accident (the "State Farm automobile liability policy").

9      State Farm *General* Insurance Company ("State Farm General"), who was not named as a

10 party to this case, issued a personal umbrella policy to John Holton, Alexander Holton's father,

11 that was in effect at the time of the accident (the "State Farm personal umbrella policy").

12      Plaintiff Nationwide Mutual Insurance Company ("Nationwide") issued personal

13 umbrella insurance policy number PA 7801196226 to John and Nancy Dickmeyer (Alexander

14 Holton's mother), that was in effect at the time of the accident (the "Nationwide personal

15 umbrella policy").

16      John and Lynn Westoby (the parents of Jamie Westoby) and Marie and Ray Raphael (the

17 parents of Nicholas Raphael) have asserted that liability coverage is afforded for the death of

18 Jamie Westoby and Ray Raphael under (1) the State Farm automobile liability policy; (2) the

19 State Farm personal umbrella policy; and (3) the Nationwide personal umbrella policy.

20      On November 19, 2004, plaintiff Nationwide filed its complaint in this action seeking,

21 *inter alia*, declaratory relief concerning its rights and obligations under the Nationwide policy,

22 and the rights and obligations of plaintiffs Alexander Holton, John Westoby, Lynn Westoby,

23 Marie Raphael, Ray Raphael, and State Farm Mutual.  At the time of the filing of its complaint,

24 Nationwide understood that State Farm Mutual issued the personal umbrella policy which was

25 actually issued by State Farm *General*.

26      On February 17, 2005, State Farm Mutual answered Nationwide's complaint, admitting,

27 *inter alia*, that State Farm Mutual issued the State Farm personal umbrella policy.  This

28 admission was an error, as instead, State Farm *General* issued the State Farm personal umbrella

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

1  policy.

2      In late February 2005, State Farm Mutual and State Farm General agreed to pay the full

3  policy limits of the State Farm automobile liability policy ($200,000) and the State Farm

4  personal umbrella policy ($2,000,000) to the Westobys and Raphaels in exchange for the

5  Westobys and Raphaels' agreement to enter into a covenant not to execute against Alexander

6  Holton.

7      It was not until after a copy of this settlement agreement was provided to counsel for

8  Nationwide that it discovered that it was State Farm General, not State Farm Mutual, who issued

9  the State Farm personal umbrella policy.

10     State Farm General contends that it is entitled to equitable contribution from Nationwide

11  in this matter, in the event that it is adjudicated in this case that coverage exists for the claims of

12  the Westobys and Raphaels under the Nationwide personal umbrella policy, and/or a settlement

13  is reached as between these parties.

14     There is no dispute between Nationwide and State Farm Mutual, who does not contend

15  that it is entitled to equitable contribution from Nationwide.  Instead, the only possible dispute

16  between insurance carriers is between Nationwide and State Farm *General*, who should have

17  been named as a defendant in this action, instead of State Farm Mutual.  As such, Nationwide

18  intends to file a First Amended Complaint to correctly name State Farm General as a defendant

19  in this action, and delete State Farm Mutual as a defendant.

20     The filing of this First Amended Complaint will not impact any of the current deadlines

21  or the trial date in this action, and the parties believe that it will promote judicial economy to

22  resolve all claims relating to the Nationwide personal umbrella policy in this action.

23                  **STIPULATION**

24     It is hereby stipulated by State Farm Mutual, State Farm General, Alexander Holton,

25  John Westoby, Lynn Westoby, Marie Raphael, Ray Raphael, and Nationwide, by and through

26  their respective counsel of record, that Nationwide shall be permitted to file the First Amended

27  Complaint in the form attached hereto as Exhibit A.

28     It is further stipulated that the filing of the First Amended Complaint shall not impact in

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

STIPULATION AND [PROPOSED] ORDER RE:  LEAVE TO FILE FIRST AMENDED COMPLAINT

1 │ any way the current case management or trial deadlines, nor shall it impact the trial date.

2 │      IT IS SO STIPULATED.

3 │ Dated: June 31, 2005             LONG & LEVIT LLP

5 │                                By: _____

6 │                                      KAREN L. UNO
                                     DAVID P. BOROVSKY

7 │                                      Attorneys for Plaintiff, NATIONWIDE
                                     MUTUAL INSURANCE COMPANY

8 │ Dated: June __, 2005            HAYES, DAVIS, ELLINGSON, MCCLAY &
                                     SCOTT

10 │                                By: _____

11 │                                      STEPHEN M. HAYES
                                     RICHARD A. DANA

12 │                                      Attorneys for Defendant, STATE FARM
                                     MUTUAL AUTOMOBILE INSURANCE

13 │                                      COMPANY and STATE FARM GENERAL
                                     INSURANCE COMPANY

14 │ Dated: June __, 2005            ABBEY, WIETZENBERG, WARREN, & EMERY

16 │                                By: _____

17 │                                      PATRICK W. EMERY
                                     Attorneys for Defendants
                                     JOHN WESTOBY and LYNN WESTOBY

18 │ Dated: June __, 2005            BAUM & BLAKE

20 │                                By: _____

21 │                                      DAVID B. BAUM
                                     Attorneys for Defendants

22 │                                      MARIE RAPHAEL and RAY RAPHAEL

23 │ Dated: June __, 2005            COLLINS, TOSCHI & DOYLE

25 │                                By: _____

26 │                                      WAYNE M. COLLINS
                                     Attorneys for Defendant
                                     ALEXANDER HOLTON

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

STIPULATION AND [PROPOSED] ORDER RE:  LEAVE TO FILE FIRST AMENDED COMPLAINT

1   any way the current case management or trial deadlines, nor shall it impact the trial date.

2           IT IS SO STIPULATED.

3   Dated:  June __, 2005              LONG & LEVIT LLP

4

5                                      By: _____
                                       KAREN L. UNO
6                                      DAVID P. BOROVSKY
                                       Attorneys for Plaintiff, NATIONWIDE
7                                      MUTUAL INSURANCE COMPANY

8   Dated:  June __, 2005              HAYES, DAVIS, ELLINGSON, MCCLAY &
                                       SCOTT
9

10                                     By: _____
                                       STEPHEN M. HAYES
11                                     RICHARD A. DANA
                                       Attorneys for Defendant, STATE FARM
12                                     MUTUAL AUTOMOBILE INSURANCE
                                       COMPANY and STATE FARM GENERAL
13                                     INSURANCE COMPANY

14  Dated:  June __, 2005              ABBEY, WIETZENBERG, WARREN, & EMERY

15

16                                     By: _____
                                       PATRICK W. EMERY
17                                     Attorneys for Defendants
                                       JOHN WESTOBY and LYNN WESTOBY
18
    Dated:  June __, 2005              BAUM & BLAKE
19

20                                     By: _____
                                       DAVID B. BAUM
21                                     Attorneys for Defendants
                                       MARIE RAPHAEL and RAY RAPHAEL
22

23  Dated:  June __, 2005              COLLINS, TOSCHI & DOYLE

24

25                                     By: _____
                                       WAYNE M. COLLINS
26                                     Attorneys for Defendant
                                       ALEXANDER HOLTON
27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

STIPULATION AND [PROPOSED] ORDER RE:  LEAVE TO FILE FIRST AMENDED COMPLAINT

1  any way the current case management or trial deadlines, nor shall it impact the trial date.

2      IT IS SO STIPULATED.

3  Dated: June __, 2005       LONG & LEVIT LLP

4

5      By: _____

6      KAREN L. UNO
    DAVID P. BOROVSKY

7      Attorneys for Plaintiff, NATIONWIDE
    MUTUAL INSURANCE COMPANY

8  Dated: June __, 2005       HAYES, DAVIS, ELLINGSON, MCCLAY &
    SCOTT

9

10      By: _____

11      STEPHEN M. HAYES
    RICHARD A. DANA

12      Attorneys for Defendant, STATE FARM
    MUTUAL AUTOMOBILE INSURANCE

13      COMPANY and STATE FARM GENERAL
    INSURANCE COMPANY

14  Dated: June 7th, 2005    ABBEY, WIETZENBERG, WARREN, & EMERY

15

16      By: _____

17      PATRICK W. EMERY
    Attorneys for Defendants

18      JOHN WESTOBY and LYNN WESTOBY

19  Dated: June __, 2005       BAUM & BLAKE

20

21      By: _____

22      DAVID B. BAUM
    Attorneys for Defendants
    MARIE RAPHAEL and RAY RAPHAEL

23  Dated: June __, 2005       COLLINS, TOSCHI & DOYLE

24

25      By: _____

26      WAYNE M. COLLINS
    Attorneys for Defendant
    ALEXANDER HOLTON

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

STIPULATION AND [PROPOSED] ORDER RE: LEAVE TO FILE FIRST AMENDED COMPLAINT

1   any way the current case management or trial deadlines, nor shall it impact the trial date.

2         IT IS SO STIPULATED.

3   Dated:  June __, 2005                    LONG & LEVIT LLP

4

5                                            By: _____
6                                                KAREN L. UNO
                                                 DAVID P. BOROVSKY
7                                                Attorneys for Plaintiff, NATIONWIDE
                                                 MUTUAL INSURANCE COMPANY

8   Dated:  June __, 2005                    HAYES, DAVIS, ELLINGSON, MCCLAY &
                                             SCOTT
9

10                                           By: _____
11                                               STEPHEN M. HAYES
                                                 RICHARD A. DANA
12                                               Attorneys for Defendant, STATE FARM
                                                 MUTUAL AUTOMOBILE INSURANCE
13                                               COMPANY and STATE FARM GENERAL
                                                 INSURANCE COMPANY

14  Dated:  June __, 2005                    ABBEY, WIETZENBERG, WARREN, & EMERY

15

16                                           By: _____
17                                               PATRICK W. EMERY
                                                 Attorneys for Defendants
18                                               JOHN WESTOBY and LYNN WESTOBY

    Dated:  June 7, 2005                     BAUM & BLAKE
19

20                                           By: _____
21                                               DAVID B. BAUM
                                                 Attorneys for Defendants
22                                               MARIE RAPHAEL and RAY RAPHAEL

23  Dated:  June __, 2005                    COLLINS, TOSCHI & DOYLE

24

25                                           By: _____
                                                 WAYNE M. COLLINS
26                                               Attorneys for Defendant
                                                 ALEXANDER HOLTON

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

STIPULATION AND [PROPOSED] ORDER RE:  LEAVE TO FILE FIRST AMENDED COMPLAINT

1    any way the current case management or trial deadlines, nor shall it impact the trial date.

2            IT IS SO STIPULATED.

3    Dated:  June __, 2005                    LONG & LEVIT LLP

4

5                                             By: _____
                                                  KAREN L. UNO
6                                                 DAVID P. BOROVSKY
                                                  Attorneys for Plaintiff, NATIONWIDE
7                                                 MUTUAL INSURANCE COMPANY

8    Dated:  June __, 2005                    HAYES, DAVIS, ELLINGSON, MCCLAY &
                                              SCOTT
9

10                                            By: _____
                                                  STEPHEN M. HAYES
11                                                RICHARD A. DANA
                                                  Attorneys for Defendant, STATE FARM
12                                                MUTUAL AUTOMOBILE INSURANCE
                                                  COMPANY and STATE FARM GENERAL
13                                                INSURANCE COMPANY

14   Dated:  June __, 2005                    ABBEY, WIETZENBERG, WARREN, & EMERY

15

16                                            By: _____
                                                  PATRICK W. EMERY
17                                                Attorneys for Defendants
                                                  JOHN WESTOBY and LYNN WESTOBY
18
     Dated:  June __, 2005                    BAUM & BLAKE
19

20                                            By: _____
                                                  DAVID B. BAUM
21                                                Attorneys for Defendants
                                                  MARIE RAPHAEL and RAY RAPHAEL
22

23   Dated:  June __, 2005                    COLLINS, TOSCHI & DOYLE

24

25                                            By: _____
                                                  WAYNE M. COLLINS
26                                                Attorneys for Defendant
                                                  ALEXANDER HOLTON

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

STIPULATION AND [PROPOSED] ORDER RE:  LEAVE TO FILE FIRST AMENDED COMPLAINT

## ORDER

FOR GOOD CAUSE APPEARING the Court finds that Nationwide may file the First Amended Complaint attached to the stipulation as Exhibit A.  The currently scheduled pretrial deadlines and trial date shall remain unchanged.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____July 1, 2005_____

**APPROVED**
**Judge Maxine M. Chesney**

By: _____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

DOCS\S5240-200\498297.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION AND [PROPOSED] ORDER RE:  LEAVE TO FILE FIRST AMENDED COMPLAINT