1  KAREN L. UNO  State Bar #117410
2  DAVID P. BOROVSKY  State Bar #216588
   LONG & LEVIT LLP
3  465 California, Suite 500
   San Francisco, CA  94104
4  TEL: (415) 397-2222   FAX: (415) 397-6392

5  Attorneys for Plaintiff
   NATIONWIDE MUTUAL INSURANCE COMPANY
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  | NATIONWIDE MUTUAL INSURANCE COMPANY, | CASE No. C04 – 4933 MMC |
    |---|---|
12  | | **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM** AND ORDER THEREON |
13  | Plaintiff, | |
14  | vs. | |
15  | ALEXANDER HOLTON; JOHN WESTOBY, LYNN WESTOBY, MARIE RAPHAEL, RAY RAPHAEL, STATE FARM GENERAL INSURANCE COMPANY and DOES 1-50, inclusive, | |
    | Defendants. | |

                              RECITALS

Plaintiff Nationwide Mutual Insurance Company ("Nationwide") filed its original complaint this action on November 19, 2004.  On July 12, 2005, Nationwide filed its first amended complaint naming as a defendant, *inter alia*, State Farm General Insurance Company ("State Farm").  On July 26, 2005, State Farm filed a counterclaim against Nationwide for equitable contribution.  A responsive pleading to State Farm's counterclaim is currently due from Nationwide no later than August 15, 2005.  At the request of counsel for Nationwide, counsel for State Farm has agreed to extend the time for Nationwide's response.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO COUNTERCLAIM**

## STIPULATION

It is hereby stipulated by defendant State Farm and plaintiff Nationwide, by and through their counsel of record, and pursuant to Local Rule 6-1(a):

1. Plaintiff Nationwide's responsive pleading, currently due on August 15, 2005, shall be due not later than August 29, 2005;

2. All other current deadlines shall remain unchanged.

IT IS SO STIPULATED.

Dated: August 11, 2005         HAYES, DAVIS, ELLINGSON, MCLAY, & SCOTT

                               By:  /s/
                                    STEVEN M. HAYES
                                    RICHARD A. DANA
                                    Attorneys for Defendant
                                    State Farm General Insurance Company

Dated: August 11, 2005         LONG & LEVIT LLP

                               By:  /s/
                                    KAREN L. UNO
                                    DAVID P. BOROVSKY
                                    Attorneys for Plaintiff
                                    NATIONWIDE MUTUAL INSURANCE COMPANY

DOCS\S5240-200\502286.V1

Dated: August 12, 2005

IT IS SO ORDERED
/s/ Maxine M. Chesney
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO COUNTERCLAIM**